IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ELVIRA HYSKA, on behalf of herself and the class of those similarly-situated, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 21-cv-02365 |
| FOGO DE CHAO CHURRASCARIA NAPERVILLE LLC, FOGO DE CHAO INC., and FOGO DE CHAO HOLDINGS, INC., | ) ) ) ) ) ) | Magistrate Judge Young B. Kim |
| Defendants. | ) | |

**JOINT MOTION FOR SETTLEMENT CONFERENCE AND DISCOVERY STAY**

Plaintiff, ELVIRA HYSKA ("Plaintiff"), and Defendants FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, incorrectly named Fogo De Chao Churrascaria Naperville, LLC, FOGO DE CHAO, INC., and FOGO DE CHAO (HOLDINGS), INC., incorrectly named Fogo De Chao Holdings, Inc., (collectively, "Defendants"), by and through their respective attorneys, hereby jointly move this honorable Court to schedule a settlement conference, and to stay the limited remaining fact discovery pending the conference. In support thereof, the parties state as follows:

1. This single plaintiff employment discrimination case involves claims of unequal pay and failure to promote. [*See* dkt. 55, Fourth Am. Compl.] Fact discovery is nearly complete, with only two depositions remaining: one on each side.

2. The parties have been engaged in good faith settlement negotiations for several weeks. On December 8, 2022, this Court granted the parties' joint request for a thirty-day extension of discovery, to January 13, 2023, to enable the Parties to avoid incurring the expense of the

1

remaining depositions, and thus maximize the possibility of reaching a resolution. [*See* dkt. 53, Minute Entry.]

3. Per the Court's order and the witnesses' availability, the remaining depositions are scheduled for January 5, 2023, and January 10, 2023.

4. Although the Parties have made progress in their negotiations, they have not yet been able to reach a resolution. The Parties believe that a settlement conference with the Magistrate Judge will assist in this regard.

5. Accordingly, the Parties jointly request that a settlement conference be scheduled at the Court's earliest convenience.[1] The Parties are willing to engage in such a conference in the most efficient means possible.

6. In order to continue to conserve resources and maximize the possibility of settlement, the Parties also jointly request that this Court stay the limited remaining fact discovery pending the conference. In the event that the case is not resolved at a settlement conference, the remaining depositions could be completed within thirty days thereafter.

7. In addition, the Parties jointly request that this motion serve as their Joint Status Report, currently due January 6, 2023.

WHEREFORE, the Parties respectfully request that this honorable Court grant their motion for a settlement conference, stay discovery pending the conference, or extend it to a date 30 days after the conference, and order any other relief that is just and appropriate under the circumstances.

---

[1] Plaintiff's counsel will be on trial in a case before Judge Harjani in late January 2023, and Defendants' counsel will be on trial before the AAA during the second week of February 2023.

Dated: December 29, 2022                                   Respectfully submitted,

| | |
|---|---|
| */s/* Jennifer Colvin | /s/Paul Strauss |
| One of the Attorneys for Defendants | One of the attorneys for Plaintiff |
| **FOGO DE CHAO CHURRASCARIA (NAPERVILLE) LLC, FOGO DE CHAO, INC., and FOGO DE CHAO (HOLDINGS) INC.** | **ELVIRA HYSKA** |

Jennifer L. Colvin (ARDC No. 6274731)
Margot Klein (ARDC No. 6256216)
Ebony C. Smith (ARDC No. 6317091)
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606
Telephone:   312.558.1220
*jennifer.colvin@ogletree.com*
*ebony.smith@ogletree.com*

Paul Strauss
5525 S. Woodlawn Ave.
Chicago, IL   60637
(312) 751-1170
*pstr1968@gmail.com*

Jamie S. Franklin, ARDC No. 6242916
Assistant Clinical Professor of Law
**The Civil Litigation Clinic at Chicago-Kent College of Law**
565 West Adams Street, Suite 600
Chicago, IL 60661
(312) 906-5048
(773) 696-1478 (fax)
*jfranklin5@kentlaw.iit.edu*

3

## CERTIFICATE OF SERVICE

      The undersigned attorney hereby certifies that on December 29, 2022, the foregoing *Joint Motion for Settlement Conference and Discovery Stay* was filed electronically with the Clerk of Court of the United States District Court for the Northern District of Illinois using its CM/ECF system, which sent notification of such filing to the following:

>Jamie S. Franklin
>**THE CIVIL LITIGATION CLINIC AT CHICAGO-KENT COLLEGE OF LAW**
>565 West Adams Street, Suite 600
>Chicago, IL 60661
>*jfranklin5@kentlaw.iit.edu*
>
>Paul Strauss
>**LAW OFFICE OF PAUL STRAUSS**
>5525 South Woodlawn Avenue
>Chicago, IL 60637
>*pstr1968@gmail.com*
>
>*Attorneys for Plaintiff*

                                                                                 /s/ Jennifer Colvin
                                                                                 One of the Attorneys for Defendants
                                                                                  **Fogo de Chao Churrascaria (Naperville) LLC, Fogo de Chao, Inc., and Fogo de Chao (Holdings) Inc.**