# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Elvira Hyska

                           Plaintiff,

v.                                                 Case No.: 1:21−cv−02365
                                                    Honorable Andrea R. Wood

Fogo de Chao Churrascaria Naperville LLC, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 30, 2022:

      MINUTE entry before the Honorable Young B. Kim: Parties' joint motion for a settlement conference and to stay depositions [56] is granted. Appearance on January 11, 2023, is not required to present this motion. Parties are granted leave to cancel the depositions for now. A preliminary settlement discussion with the attorneys of record is scheduled for January 3, 2023, at 11:00 a.m. by phone. The conference call number is (877) 336−1839 and the passcode is 4333213. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.